UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Cr. No. 08-716 (MLC)

    vs.    :

MICHAEL MONROE    :    <u>ORDER</u>

This matter having been opened to the Court on motion of the defendant Michael Monroe, David Schafer, Esq., appearing for an order pursuant to Fed. R. Crim. P. 32.1(a)(6) and Title 18, United States Code, Section 3143(a)(1) granting the defendant bail pending a sentencing hearing following his May 16, 2014 plea of guilty to Court Four of the Amended Petition for violation of supervised release, which sentencing hearing currently is scheduled before the Honorable Mary L. Cooper on December 12, 2014 at 1:00 p.m., and Eric W. Moran, Assistant U.S. Attorney, appearing on behalf of the United States, the Court makes the following findings:

    1.    On or about February 5, 2012, a Petition was filed in the District of New Jersey charging that the defendant violated the terms of his supervised release by violating State and local laws following his February 3, 2012 arrest on multiple charges, including kidnapping, robbery, carjacking and weapons charges, which later was indicted and, as of the date of this order, has been dismissed as to the defendant; and

- 1 -

RECEIVED
MAY 16 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

2. The defendant was released from prison and, pursuant to a federal detainer arising from the Petition, appeared before the Honorable Douglas E. Arpert for the District of New Jersey on or about February 28, 2013 for an initial appearance on the Petition, after which Judge Arpert entered an order granting the defendant bail, subject to certain conditions, pending a hearing on the Petition;

3. Following allegations that the defendant had committed an additional State law violation on October 4, 2013 (terroristic threats), Judge Arpert entered an October 10, 2013 order releasing the defendant on bail subject to a home confinement condition, which was amended on or about March 11, 2014 to a curfew condition. The terroristic threats charge was indicted and, as of the date of this order, has been dismissed as to the defendant;

4. Following the defendant receiving a summons on or about March 18, 2014, for possession of CDS with intent to distribute and possession of a CDS with intent to distribute within 500 feet of a public park, which currently is pending, the United States Probation Office filed an Amended Petition dated March 21, 2014 (the "Amended Petition") embodying the allegations set forth above at Paragraphs 1 through 4, which remains pending before the Honorable Mary L. Cooper;

5. The defendant appeared before the Honorable Mary L. Cooper on May 16, 2014 and entered a plea of guilty to Count

Four of the Amended Petition, which charges the defendant with associating with a known felon in violation of the terms of his supervised release, the terms of which plea were more fully set forth at the May 16, 2014 plea hearing; and

     6.   This Court having considered the risk of danger to the community and flight posed by the defendant, and given the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds that conditions of bail, as set forth below, reasonably can insure against any danger to the community and flight risk posed by the defendant; and for the reasons set forth on the record on May 16, 2014; and for good cause shown,

     IT IS, on this __16th__ day of May, 2014,

     ORDERED that the defendant's motion for bail is hereby GRANTED, subject to the following conditions; and it is further

     ORDERED that the defendant shall be subject to a curfew of 11:00 p.m., that is, he shall reside in a residence deemed acceptable by the United States Probation Office and he shall not be outside of that residence past 11:00 p.m. unless he has obtained the permission of the United States Probation Office; and it is further

ORDERED that all of the other provisions of the Judge Arpert's February 28, 2013 order setting conditions of pre-hearing release (with the exception of the home confinement condition and the requirement of a third-party custodian) shall remain in full force and effect.

*[signature: Mary L. Cooper]*
_____
HONORABLE MARY L. COOPER
United States Magistrate Judge